HENRY C. LANCE v.
NEW BRUNSWICK ROOFING & METAL CO.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ADOLPHUS LEACOCK.

April 18, 1978. Petition for certification denied.

PANAGIOTA GITSOULIS v. JOHN C. STAVROS.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD T. WILLIAMS.

April 18, 1978. Petition for certification denied.

FORMAN MORTGAGE CO. v.
FIRST JERSEY NATIONAL BANK.

April 18, 1978. Petition for certification denied.

REGINA RICE v. UNION COUNTY REGIONAL
HIGH SCHOOL BOARD OF EDUCATION.

April 18, 1978. Petition for certification denied. (See 155 *N. J. Super.* 64).